UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUTHER LOPEZ,<br><br>                          Plaintiff,<br><br>           -against-<br><br>TOMI LAHREN; GLENN BECK; THE BLAZE; MERCURY RADIO ARTS, INC.; BILL O'REILLY; TWENTY-FIRST CENTURY FOX INC; DIANNE BRANDI; ROGER AILES,<br><br>                          Defendants. | 17-CV-3341 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 18, 2017, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 18, 2017
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge